UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESUS RODRIGUEZ and IMELDA RODRIGUEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a foreign corporation,<br><br>    Defendant. | NO. CV-14-3034-SAB<br><br>**ORDER DISMISSING CASE AND ORDERING FILE CLOSED** |

    Before the Court is the plaintiff's Notice of Dismissal, ECF No. 15. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff has voluntarily dismissed the case. The defendant has no objection, ECF No. 16.

    Accordingly**, IT IS HEREBY ORDERED:**

    1. The defendant's Motion for Production of Documents, ECF No. 11, is **DENIED** as moot.

    2. The above-captioned case is **dismissed** with prejudice and without costs to any party.

//

//

**ORDER DISMISSING CASE** ~ 1

1  **IT IS SO ORDERED.** The District Court Executive is hereby directed to
2  file this Order, provide copies to counsel, and **close** the file.

3

4  **DATED** this 25th day of August, 2014.



STANLEY A. BASTIAN
United States District Judge

**ORDER DISMISSING CASE ~ 2**